**UNITED STATES of America,**

v.

**Michael Henry HARRISON, a/k/a Emmanuel Henry Harrison, III Michael Henry Harrison, Appellant.**

No. 02–4030.

United States Court of Appeals,
Third Circuit.

Argued Sept. 3, 2003.

Decided Feb. 6, 2004.

On Remand from the Supreme Court of
the United States Jan. 24, 2005.

Decided May 11, 2005.

Renee Pietropaolo, (Argued), Karen S. Gerlach, Office of Federal Public Defender, Pittsburgh, PA, for Appellant.

Paul M. Thompson, (Argued), Bonnie R. Schlueter, Office of United States Attorney, Pittsburgh, PA, for Appellee.

Before SLOVITER, NYGAARD, and ROTH, Circuit Judges.

OPINION OF THE COURT

NYGAARD, Circuit Judge.

This matter is before us on remand by the United States Supreme Court. By opinion filed February 6, 2004, we affirmed the District Court's judgment of conviction and sentence. On January 24, 2005, the Supreme Court granted the motion of Petitioner Michael Henry Harrison for leave to proceed in forma pauperis and granted his petition for writ of certiorari. The Court vacated the judgment of this Court and remanded for further consideration in light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Because Harrison pleaded guilty, the sole issue he raised in his original appeal concerns the validity of the sixty-three month sentence imposed by the District Court for trafficking child pornography. Now, Harrison requests that we remand the matter to the District Court for resentencing in light of *Booker*. Having determined that the sentencing issues Harrison raises are best determined by the District Court in the first instance, we will vacate that portion of our judgment that affirmed the judgment of sentence and remand to the District Court for reconsideration and, if that court deems it appropriate, for resentencing in accordance with *Booker*.

For the foregoing reasons, we will affirm the conviction, vacate the sentence and remand to the District Court for resentencing.